U.S. Department of Justice
United States Marshals Service
Northern District of New York
PO Box 7260
Syracuse, NY 13261



### NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

**United States District Court
for the
Northern District of New York**

To: Ulster County
Ulster County Attorney
PO Box 1800
Kingston, NY 12402-1800

Case No.: 9:25-cv-00959

Randall M. Lynch
v.
Ulster County

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP - 2 2025
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

The enclosed summons and complaint are served pursuant to Fed. R. Civ. P. 4(d)(1) and section 312-a of the New York Civil Practice Law and Rules.

    To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or for your attorney. If you wish to consult an attorney, you should do so as soon as possible.

    If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

    The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint. The time to answer expires sixty (60) days after the day this form is mailed to defendant.

    If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint by Mail was mailed on 8/22/2025

_____
Signature (USMS Offical)

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

CHECK ONE OF THE FOLLOWING:
1. __X__  I am not in military service of the United States.
2. ____   I am in military service of the United States, and my rank, serial number and branch of service are as follows:
    Rank:_____
    Serial Number:_____
    Branch of Service:_____

    I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

_____
Signature

Clinton G. Johnson, Esq., County Attorney
Print Name

8/26/25
Date of Signature

Ulster County
Name of Defendant for which acting

County Attorney
Relationship to defendant/Authority to Receive

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

08/10

**U.S. Department of Justice**

*United States Marshals Service*
*Northern District of New York*

*100 S. Clinton Street, 10th Floor*
*Syracuse, NY 13261-7260*

Official Business
Penalty for Private Use $300

ALBANY NY  120

28 AUG 2025 AM 3  L

1775



JOHN M. DOMURAD, CLERK
U.S. DISTRICT COURT
Federal Bldg., P.O. Box 7367
100 S. Clinton Street
Syracuse, NY 13261-7367